(No. 11334.—Decree affirmed.)

MARTHA E. CAMPBELL, Plaintiff in·Error, *vs.* JOHN CAMP-
BELL *et al.* Defendants in Error.

*Opinion filed June 21, 1917.*

</div>

APPEALS AND ERRORS—*when decree will be affirmed for failure
to file abstract of record.* Where the plaintiff in error has failed
to file an abstract of the record as required by rule 14 of the Su-
preme Court, and the evidence as ascertained from statements in
the briefs is conflicting, the decree will be affirmed.

WRIT OF ERROR to the Circuit Court of Hamilton
county; the Hon. CHARLES H. MILLER, Judge, presiding.

J. WILSON JONES, for plaintiff in error.

J. H. LANE, M. S. WHITLEY, and CHARLES E. COMBE,
for defendants in error.

Mr. CHIEF JUSTICE CARTER delivered the opinion of the
court:

No abstract of the record in this case has been filed, as
required by rule 14. The briefs of the parties agree in the
statement that the case was begun by the filing of a bill in
chancery by the plaintiff in error against the defendants
in error praying for the declaration of a trust in certain
real estate in Hamilton county, that the bill was afterward
amended and was answered, and that upon a hearing it was
dismissed by the court for want of equity. No statement of
the allegations of any of the pleadings has been made, and
the nature of the controversy is indicated only by what is
called an abstract of the evidence contained in a statement,
brief and argument filed on behalf of the plaintiff in error.
There is no description, either in this so-called abstract or
the briefs, of the various tracts of land supposed to be in-
volved, of the instruments by which they are supposed to
have been conveyed or the mortgages and other liens sup-

posed to affect the title. The claims made by the parties as to the value of the land in which the plaintiff in error appears to have had an equity of redemption and as to the value of her interest are widely at variance, the evidence so far as set forth in the briefs is conflicting, and there is no preponderance of the evidence in favor of plaintiff in error. The cause has been submitted in entire disregard of the rules of the court and no error has been disclosed for which the decree should be reversed. It is therefore affirmed.

*Decree affirmed.*